# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE: Marian K. Yarteh | CHAPTER 13
Debtor(s) |
| BKY. NO. 17-12106 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank, National Association, as Trustee under the pooling and servicing agreement dated as of January 1, 2007, GSAMP Trust 2007-H1, Mortgage Pass-Through Certificates, Series 2007-H1 and index same on the master mailing list.

    Respectfully submitted,

    **/s/Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734