United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marian K. Yarteh  
    Debtor

Case No. 17-12106-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 20, 2017  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db          +Marian K. Yarteh,    2812 W. Livingston St.,    Allentown, PA 18104-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 01:27:34     Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         KEVIN K. KERCHER     on behalf of Debtor Marian K. Yarteh kevinkk@kercherlaw.com  
         LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank, N.A. at Trustee bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:        MARIAN K. YARTEH            : NO. 17-12106REF
                                          :
                                          :
              Debtor(s)                   : Chapter 13

## STIPULATION AND ORDER

AND NOW, upon agreement of Marian K. Yarteh ("Debtor") and Frederick L. Reigle, Chapter 13 Trustee ("Trustee"), by and through their counsel, intending to be legally bound hereby, the parties stipulate and agree as follows:

1. The Trustee filed an Objection to Exemptions on June 19, 2017.

2. This matter is scheduled for a hearing on the Trustee's Objection to Exemptions on July 20, 2017.

3. The Trustee believes that the Schedule C does not adequately address the Trustee's concerns regarding the exemption for the claim for personal injuries arising out of an automotive personal injury action, as it is undetermined at this time as to the amount of the recovery; whether the recovery is traceable to personal bodily injury or compensation for actual pecuniary loss; loss of future earnings and whether such amount is reasonably necessary for the support of debtor.

4. The parties also do not intend that the Trustee is bound by the amounts currently set forth in the Debtor's Schedule C but are merely agreeing to set aside these issues until the litigation is resolved.

5. The Trustee hereby withdraws his Objection to Claim of Exemptions without prejudice.

6. The Debtor will amend his Chapter 13 Plan to provide for any non-exempt proceeds from the litigation of the personal injury case to be paid into the plan to be distributed to unsecured creditors.

7. The parties agree that the Trustee may re-file his Objection at any time in the future and the Debtor hereby waives any objection, defense or argument he may have to the timeliness of that Objection.

8.  This Stipulation shall also accrue to the benefit of any Chapter 7 Trustee should this case be converted to a Chapter 7.

**AGREED AND CONSENTED TO:**

_____ 7/18/17
KEVIN K. KERCHER, ESQUIRE
Attorney for Debtor

_____
LISA M. CIOTTI, ESQUIRE
Attorney for
Frederick L. Reigle, Chapter 13 Trustee

<u>SO ORDERED</u>, this ___ day of _____, 2017

**Date: July 20, 2017**

Dated:_____

_____
Richard E. Fehling, B. J.