# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Marian K. Yarteh,<br>　　　　Debtor(s) | : :<br>:<br>: | Bankruptcy No. 17-12106-ref<br>Chapter 13 |
| Bayview Loan Servicing, LLC,<br>　　　　Movant, | :<br>:<br>: | |
| Marian K. Yarteh,<br>　　　　Debtor(s) / Respondent(s) | :<br>:<br>: | |
| and<br>Frederick L. Reigle,<br>　　　　Trustee/Respondent. | :<br>:<br>: | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

　　　　Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Bayview Loan Servicing, LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

　　　　　　　　Matthew C. Waldt, Esquire
　　　　　　　　Milstead & Associates, LLC
　　　　　　　　1 E. Stow Road
　　　　　　　　Marlton, NJ 08053
　　　　　　　　(856) 482-1400

　　　　Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:  August 11, 2017　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　BY:  /s/Matthew C. Waldt
　　　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Waldt
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 203308
　　　　　　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053

223988-1