UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

MARIAN K. YARTEH
                                                 : Bankruptcy No. 17-12106REF
        Debtor(s)                                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: June 14, 2018**                 _____
                                        Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

MARIAN K. YARTEH
2812 W. LIVINGSTON ST.
ALLENTOWN,PA.18104