United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12106-ref
Marian K. Yarteh                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 2    Date Rcvd: Jun 14, 2018
                 Form ID: pdf900    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db            +Marian K. Yarteh,    2812 W. Livingston St.,    Allentown, PA 18104-3534
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13890144      +ARS National Services, Inc.,    1643 Harrison Parkway Ste. 1,    Sunrise, FL 33323-2857
13966660      +Bayview Loan Servicing, LLC,    Milstead & Associates LLC,    1 East Stow Road,
               Marlton, NJ 08053-3118
13999671      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
               Allentown PA 18101-1603
13890146      #Eastern Revenue Inc.,    998 Old Eagle School Rd Ste 1204,    Wayne, PA 19087-1805
13890147       Gloria Rivera,    139 N 7th St Apt 3,    Allentown, PA 18101-1312
13890148       Howard, Singley and Weaver,    139 N 7th St Apt 3,    Allentown, PA 18101-1312
13890150       Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
13890151       Maria Cuba,    39 N 7th St Fl 2,    Allentown, PA 18101-1301
13890152       Milstead & Associates, LLC,    1 E Stow Rd,    Marlton, NJ 08053-3118
13890153      +National Recovery,    PO Box 67015,    Harrisburg, PA 17106-7015
13890155      +Penn Credit,    916 S 14th Street,    Harrisburg, PA 17104-3425
13890157       Pocono Medical Center,    PO Box 822009,    Philadelphia, PA 19182-2009
13890159       Stillwater Lakes Civic Association,    5144 Hummingbird Dr,    Pocono Summit, PA 18346-7603
13951762      +U.S. Bank, N.A. at Trustee,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
               Philadelphia, PA 19106-2312
13890161       Vacation Charters, Ltd.,    PO Box 647,    Lake Harmony, PA 18624-0647
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13890143      +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2018 01:57:44    Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
13907884       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2018 01:57:44    Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13890145       E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 15 2018 01:58:08
               Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
13967256      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 15 2018 01:58:08
               Bayview Loan Servicing, LLC,    4425 Ponce Deleon Boulevard,    Coral Gables, FL 33146-1837
13890149      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:59:47    LVNV Funding, LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
13967534       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:59:46
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13890154       Fax: 407-737-5634 Jun 15 2018 02:56:10    OCWEN Loan Servicing, LLC,
               1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
13982593       E-mail/Text: blegal@phfa.org Jun 15 2018 01:58:02    PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,    HARRISBURG, PA 17105
13890156       E-mail/Text: blegal@phfa.org Jun 15 2018 01:58:02    PHFA,    P.O. Box 15057,
               Harrisburg, PA 17105-5057
13891525      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:23
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13890158       E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2018 01:58:21
               Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13891535      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 02:00:00    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13890160       E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 02:00:22    Synchrony Bank/JP Penney,
               PO Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 15
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-4          User: dlv                    Page 2 of 2                  Date Rcvd: Jun 14, 2018
                              Form ID: pdf900              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN K. KERCHER    on behalf of Debtor Marian K. Yarteh kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bayview Loan Servicing, LLC
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, N.A. at Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                       :

MARIAN K. YARTEH
                                                             : Bankruptcy No. 17-12106REF
        Debtor(s)                                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                        BY THE COURT

**Date: June 14, 2018**

                                                        _____
                                                        Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

MARIAN K. YARTEH
2812 W. LIVINGSTON ST.
ALLENTOWN,PA.18104